IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHEDDRICK DEONDREA THOMAS,

    Petitioner,

v.                                                  CASE NO. 4:05-cv-00440-MP-WCS

JAMES R MCDONOUGH,
STATE OF FLORIDA,

    Respondents.

_____/

**O R D E R**

    This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed.  The time for filing objections has passed and none have been filed.  The Petitioner contends that he was denied effective assistance of counsel because his attorney failed to ask for a jury instruction for robbery with a weapon as a lesser included offense of robbery with a firearm. He argues that even if the evidence was clear that the weapon used was a firearm, the jury should have been given the option of granting him a "jury pardon."  The Court agrees with the Magistrate Judge that the state court decision - that petitioner's counsel was not ineffective for declining to assert this argument - should not be overturned.  The state court conclusion clearly was not contrary to, and did not involve an unreasonable application of clearly established Federal law, as determined by the Supreme Court

of the United States; or a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *1st*  day of May, 2007

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge